IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROMAN ALEXANDER REED, JR.                                              PLAINTIFF

VS.                    CASE NO. 4:10CV00535 HDY

MICHAEL J. ASTRUE, Commissioner,
    Social Security Administration                                     DEFENDANT

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this __13__ day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE